AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| MARY MARIE G. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   2:25-CV-00366-SAB |
| | ) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   The decision of the Commissioner is reversed and remanded for an immediate award of benefits. Judgment in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Stan Bastian

Date:   4/23/2026                              *CLERK OF COURT*

                                          s/Sean F. McAvoy
                                       *Signature of Clerk*